THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAN PHU CUONG INVESTMENT LLC, a Washington Limited Liability Company, and EMILIYA SHUPARSKAYA, a married woman as her separate property,<br><br>Plaintiffs,<br>v.<br><br>KING COUNTY, a political subdivision of the State of Washington,<br><br>Defendant. | CASE NO. C18-1102-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the trial date and case schedule (Dkt. No. 9). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion and ORDERS that:

- Trial in this matter is CONTINUED from April 22, 2019 to July 29, 2019 at 9:30 A.M.
- Pleading amendment and third-party action deadline is March 7, 2019.
- Discovery cutoff is March 21, 2019.
- Dispositive motion filing deadline is April 22, 2019.
- Rule 39.1 mediation shall be completed no later than May 9, 2019.

MINUTE ORDER
C18-1102-JCC
PAGE - 1

1. - The agreed pretrial order shall be filed no later than July 11, 2019.
2. - Trial briefs shall be filed no later than July 17, 2019.
3. DATED this 10th day of December 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-1102-JCC
PAGE - 2