UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAN PHU CUONG INVESTMENT LLC, a Washington Limited Liability Company, and EMILIYA SHUPARSKAYA, a married woman as her separate property,<br><br>                Plaintiffs,<br>    v.<br><br>KING COUNTY, a political subdivision of the State of Washington,<br><br>                Defendant. | CASE NO. C18-1102-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' second joint motion to modify case scheduling order (Dkt. No. 16). Having thoroughly considered the motion and the relevant record, the Court GRANTS the motion and hereby EXTENDS the relevant deadlines as follows:

1. Pleading Amendment/Third Action: June 12, 2019
2. Discovery Cutoff: June 26, 2019
3. Dispositive Motion Filing Deadline: July 29, 2019
4. 39.1 Mediation Completion Date: August 15, 2019
5. Pretrial Order: October 17, 2019

MINUTE ORDER
C18-1102-JCC
PAGE - 1

6. Trial Brief Submittal: October 23, 2019

7. Court Trial Date: November 4, 2019

DATED this 12th day of March 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-1102-JCC
PAGE - 2