UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAN PHU CUONG INVESTMENT LLC, a Washington Limited Liability Company, and EMILIYA SHUPARSKAYA, a married woman as her separate property,<br><br>Plaintiffs,<br>v.<br><br>KING COUNTY, a political subdivision of the State of Washington,<br><br>Defendant. | CASE NO. C18-1102-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion for leave to amend answer to add counterclaims (Dkt. No. 14). Plaintiffs do not oppose the motion. (*See* Dkt. Nos. 20, 21.) Having thoroughly considered the motion and the relevant record, the Court GRANTS the motion. Defendant shall file its amended answer within 14 days of the date this minute order is issued.

//

//

//

DATED this 22nd day of March 2019.

<u>William M. McCool</u>  
Clerk of Court

<u>s/Tomas Hernandez</u>  
Deputy Clerk